**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 1:15-cv-00571-AJT-IDD |
| | : |
| CINDY MANAOAT, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF APPEARANCE**

The Defendant, CINDY MANAOAT ("Ms. Manaoat"), by counsel, files this Notice of Appearance notifying the Court that Robert Powers of the law firm of McClanahan Powers, PLLC will serve as counsel for Ms. Manaoat in this matter.

Respectfully submitted,

CINDY MANAOAT

By Counsel:

/s/___Robert Powers_____
Robert Powers, Esq., VSB No. 80822
McClanahan Powers, PLLC
1604 Spring Hill Rd., Ste. 321
Vienna, VA 22182
Telephone: (703) 520-1326
Facsimile:  (703) 828-0205
Email: rpowers@mcplegal.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William E. Tabot, Esq.
William E. Tabot, Esquire, PC
9248 Mosby Street
Manassas, Virginia 20110
Tel: (709) 530-7075
*Counsel for Plaintiff*

                                              By: /s/ Robert Powers            .
                                                  Robert Powers